IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 5:25-CR-001 |
| ) | |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| **William Joseph Ceravone, Jr** ) | |
| ) | |
| ) | |

NOW COMES the United States of America, by and through Dena J. King United States Attorney for the Western District of North Carolina and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for William Joseph Ceravone, Jr, Inmate # 24-04918, Caucasian male, DOB 2/2/1966, who is presently detained in the Montgomery County Correctional Facility, for his appearance before The Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Montgomery County Correctional Facility, under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 24th of January 2025

DENA J. KING
UNITED STATES ATTORNEY

/s/ Eric A. Frick
Special Assistant United States Attorney
NC State Bar No. 49212
227 West Trade Street, Suite 1650 Charlotte, NC
28202 704-344-6222 eric.frick@usdoj.gov