# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:25-CR-001-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| v. | ) | |
| WILLIAM JOSEPH CERAVONE, JR, | ) | |
| Defendant. | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Montgomery County Correctional Facility, 60 Eagleville Rd, Eagleville, PA 19403

**IT IS ORDERED** that you have the body of William Ceravone, Inmate #24-04918, Caucasian male, DOB 02/02/1966, detained in the Montgomery County Correctional Facility, under safe and secure conduct, brought before the Honorable __David Keesler__, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before __2/19/2025__ at __10:00__ am, to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Montgomery County Correctional Facility, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Montgomery County Correctional Facility, and the United States Attorney.

**SO ORDERED**.

Signed: January 24, 2025

David C. Keesler
United States Magistrate Judge